UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-cv-414

| | |
|---|---|
| OCTAPHARMA PLASMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEEPOINT, LLC f/k/a SEEPOINT TECHNOLOGY, LLC, JONATHAN ARFIN, and SYDNEY ARFIN <br><br> Defendants. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Octapharma Plasma, Inc., and Defendants Seepoint, LLC., Jonathan Arfin, and Sydney Arfin by counsel, stipulate and agree to dismiss this matter *with* prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted this the 3rd day of October, 2023.

s/ Kevin V. Parsons
Kevin V. Parsons, NC Bar No. 19226
Lewis Brisbois Bisgaard & Smith LLP
521 East Morehead Street, Suite 250
Charlotte, NC 28202
Phone: 704-557-9929
Fax: 704-557-9932
Kevin.Parsons@lewisbrisbois.com

Stephen L. Sitley
Mary A. Smigielski
Lindsay J. Bowman
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
Phone: 312-345-1718
Stephen.Sitley@lewisbrisbois.com
Mary.Smigielksi@lewisbrisbois.com
Lindsay.Bowman@lewisbrisbois.com
***Attorneys for Plaintiff***

s/ Clark D. Tew
Clark D. Tew, NCSB 41632
Pope McMillan, P.A.
113 N. Center Street, Suite 200
Statesville, NC 28677
Phone: 704-873-2131 ext. 2218
ctew@popemcmillan.com
***Attorney for Defendants***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and served upon counsel for the Defendant via the Court's electronic case filing system.

This the 3rd day of October, 2023.

                                                      s/ Kevin V. Parsons